UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION
_____

DARRYL WAYNE CLAYTON                    CIVIL ACTION NO. 06-0719
                                                                SECTION "P"

-vs-                                                        JUDGE DRELL

AVOYELLES CORR. CENTER, ET AL.          MAGISTRATE JUDGE KIRK

JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections and observations filed by the Plaintiff (Document No. 8, Plaintiff's attempted amendment), and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

IT IS ORDERED that this civil rights action is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge